The People of the State of New York ex rel. New York Water Service Corporation, Appellant, *v.* John P. Hennessey et al., Constituting the State Tax Commission, Respondents.

(Argued October 19, 1934; decided November 20, 1934.)

*Charles J. Tobin* and *Robert C. Killough, Jr.*, for appellant.
*John J. Bennett, Jr., Attorney-General (Edward J. Grogan, Jr.,* and *Leo W. Begley* of counsel), for respondent.

*Paul Windels, Corporation Counsel (William H. King* and *Isaac Phillips* of counsel), for City of New York, *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: LEHMAN, J. CRANE, J., dissents in the following memorandum:

CRANE, J. (dissenting). If the words " after the final completion and filing of the assessment roll, and the first posting or publication of the notice thereof as required by law " (Tax Law, § 46; Cons. Laws, ch. 60) do not apply to New York city in cases of real estate assessment,

I do not see how the same words do apply to start the time running in special franchise assessments in New York city. (*People ex rel. Jamaica Water Supply Co.* v. *State Board of Tax Commissioners*, 196 N. Y. 39; *People ex rel. Thomson* v. *Feitner*, 168 N. Y. 441, at pp. 446–449.)

Order affirmed.